**B4 (Official Form 4)(12/07)**

# UNITED STATES BANKRUPTCY COURT
## Western District of Washington

In re   Steven J. Morrell & Laura G. Green-Morell   ,
                           Debtor

Case No. _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| David Hjelm<br>13022 N.E. 112th<br>Kirkland WA 98033 | | | | 55,000.00 |
| C & P Paint, LLC<br>C/O Wesley D. Bates,<br>Bates & Ely, PLLC<br>18530 156 Ave. NE,<br>Ste. 200<br>Woodinville WA 98072 | | | | 36,000.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31213 - PDF-XChange 3.0

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Kingston Lumber Co. C/O Smith & O'Hare, PS, Inc. PO Box 68 Silverdale WA 98383-0068 | | | | 25,000.00 |
| Discover Bank Bishop, White & Marshall PS 720 Olive Way, #1301 Seattle WA 98101-1801 | | | | 7,000.00 |
| Tom Miller Hallmark Realty 101 Lake Street South Kirkland WA 98033 | | | | 5,000.00 |
| PACE Engineers 11255 Kirkland Wy #300 Kirkland WA 98033 | | | | 5,000.00 |
| Right On Heating & Sheet Metal, Inc. c/o Patrick F. Hussey 2707 Colby Ave Ste 1001 Everett WA 98206-5397 | | | | 5,000.00 |
| Contract Furnishings Mart 14160 S.W. 72nd Ave Suite 110 Tigard OR 97224-8009 | | | | 2,800.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31213 - PDF-XChange 3.0

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PCA Int'l Inc.<br>Collection Dept.<br>P.O. Box 66430<br>Seattle WA<br>98166-0430 | | | | 2,500.00 |
| Lowe's<br>P.O. Box 530914<br>Atlanta, GA 30353 | | | | 1,400.00 |
| Doug Davis<br>Hallmark Realty<br>101 Lake Street South<br>Kirkland WA 98033 | | | | 1,000.00 |
| GE Money Bank<br>P.O. Box 98112-7<br>EI Paso, TX<br>79998-1127 | | | | 600.00 |
| Les Schwab<br>6651 E. Lake<br>Sammamish Parkway<br>NE #P<br>Redmond, WA 98052 | | | | 400.00 |
| Linder Electric, Inc.<br>7004 180th NE<br>Redmond WA 98052 | | | | 370.00 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing list of twenty largest unsecured creditors and that it is true and correct to the best of my knowledge, information and belief.

Date    4-19-10                    Signature    /s/ Steven J. Morrell
                                                STEVEN J. MORRELL

Date    4-19-10                    Signature    /s/ Laura G. Green-Morrell
                                   of Joint Debtor    LAURA G. GREEN-MORRELL

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31213 - PDF-XChange 3.0